**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MAHDIABDUL WILKERSON,

     Plaintiff,

                                  Case No.: 6:25-cv-02507-CEM-NWH

v.

PATRIOT GROWTH INSURANCE
SERVICES, LLC; RBM INSURANCE INC. D/B/A
ALLIANCE & ASSOCIATES INSURANCE;
JOHN DOE ENTITY DEFENDANTS 1-5;
OFFICERS 1-5; AND JOHN DOE CALLERS 1-10,

     Defendants.

_____/

**DEFENDANT, PATRIOT GROWTH INSURANCE SERVICES, LLC'S
SUPPLEMENTAL 3.01(g) NOTICE REGARDING MOTION
TO DISMISS, OR FOR MORE DEFINITE STATEMENT (DOC. 13)**

Defendant, Patriot Growth Insurance Services, LLC ("PGIS"), by and through the undersigned counsel, and pursuant to Local Rule 3.01(g)(3), hereby files this Supplemental 3.01(g) Notice Regarding its Motion to Dismiss, or for More Definite Statement (Doc. 13), and states as follows:

1.     On January 29, 2026, PGIS filed the Motion to Dismiss. (Doc. 13).

2.     At the time PGIS originally filed the Motion to Dismiss, PGIS had not yet conferred with Plaintiff.

3.     Local Rule 3.01(g)(3) provides: "If the opposing party is unavailable before the motion's filing, the movant after filing must try diligently for three days to contact the opposing party. Promptly after either contact or expiration of the

three days, the movant must supplement the motion with a statement certifying whether the parties have resolved all or part of the motion."

4.      Subsequent to filing the Motion to Dismiss, the undersigned conferred with Plaintiff via email on February 2, 2026.  Plaintiff advised that he opposes the relief requested in the Motion to Dismiss.

Dated: February 3, 2026.

Respectfully submitted,

*/s/  James Jeffrey Burns*
JAMES JEFFREY BURNS (*Lead Counsel)
Florida Bar No. 111395
jburns@jnd-law.com
JOHN E. JOHNSON
Florida Bar No. 593000
jjohnson@jnd-law.com
**JOHNSON, NEWLON & DECORT, P.A.**
3242 Henderson Blvd, Suite 210
Tampa, Florida 33609
Secondary: smilosevic@jnd-law.com;
swalker@jnd-law.com
Telephone (813) 699-4859
Facsimile: (813) 235-0456
*Attorneys for Defendants',*
*Patriot Growth Insurance Services, LLC and*
*RBM Insurance Inc.*

3

## <u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on February 3, 2026, a true and correct copy of

the foregoing was served by e-mail and U.S. Mail to the pro-se Plaintiff.

Mahdiabdul Wilkerson
1848 Morgans Mill Circle
Orlando, FL 32825
Email: wilkersonmahdiabdul@gmail.com


_/s/ James Jeffrey Burns_
Attorney